IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LEVERT STEWART,
Inmate No. J17573,
      Plaintiff,

vs.                              Case No.: 3:17cv154/LAC/EMT

DEPARTMENT OF
CORRECTIONS, et al.,
      Defendants.
_____/

**O R D E R**

      This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated April 9, 2018 (ECF No. 15). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

      Having considered the Report and Recommendation, I have determined that it should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     Plaintiff's construed motion for preliminary injunctive relief or temporary restraining order (ECF No. 14) is **DENIED**.

**DONE AND ORDERED** this 9th day of May, 2018.


  s/L. A. Collier
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**